# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

ERIC LANGLEY #101015, Plaintiff

v.

Gov. Jared Polis
Warden F.M.C.C. Persons
Director DOC Stancil
Major Garcia F.M.C.C.
Major Cordova F.M.C.C.
Capt Russle F.M.C.C.
Andre Wilson R.N. F.M.C.C.
Provider Tarah Thevenot F.M.C.C.
Kayla LN.U R.N. F.M.C.C.
H.S.A Marler

_____, Defendant(s).

**Jury Trial requested:**
(please check one)
_X_ Yes ___ No

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 18 2025

JEFFREY P. COLWELL
CLERK

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

ERIC LANGLEY #101015 FMCC
(Name, prisoner identification number, and complete mailing address)

_____
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

___ Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
_X_ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner
___ Other: *(Please explain)* _____

## B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Medical, H.S.A - MARLAR
(Name, job title, and complete mailing address)

Box 300, Cannon City, Co. 81215

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No *(check one)*. Briefly explain:

As a CDOC Employed/Contracted Med Pro, Responsible to address Inmate Medical Needs

Defendant 1 is being sued in his/her _✓_ individual and/or _✓_ official capacity.

Defendant 2: __Govener Jared Polis, COLORADO__
(Name, job title, and complete mailing address)
__1425 SHERMAN St, DENVER, CO, 80211__

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (*check one*). Briefly explain:
__Govener over sees All Regulated State Staff Entities for Propriety, Effeciancy__

Defendant 2 is being sued in his/her _✓_ individual and/or _✓_ official capacity.

Defendant 3: __F.M.C.C. Warden Persons__
(Name, job title, and complete mailing address)
__BOX 300 CANNON CITY, CO 81215__

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (*check one*). Briefly explain:
__Warden oversees and is Responsible for Inmates Safety and Well Being And Those He Employs Under Him__

Defendant 3 is being sued in his/her _✓_ individual and/or _✓_ official capacity.

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

_X_ State/Local Official (42 U.S.C. § 1983)

___ Federal Official

As to the federal official, are you seeking:

___ Money damages pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)

___ Declaratory/Injunctive relief pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1361, or 28 U.S.C. § 2201

___ Other: (*please identify*) _____

ATTACHMENT of DEFENDANTS

Andre Wilson RN F.M.C.C
Individual And Official Capacity
Denied Medical Treatment
Box 300 Canon City, Co. 81215

Kayla LNU RN F.M.C.C
Individual And Official Capacity
Denied Medical Treatment
Box 300 Canon City, Co. 81215

Taratt Thevenot Provider F.M.C.C
Individual And Official Capacity
Denied Medical Treatment
Box 300 Canon City, Co. 81215

Major Cordova D.O.C Sup F.M.C.C
Individual And Official Capacity
Box 300 Canon City Co. 81215

Major Garcia D.O.C Sup F.M.C.C.
Individul And Official Capacity
Box 300 Canon City, Co. 81215

Capt. Russle Sup F.M.C.C
Individual And Official Capacity
Box 300 Canon City, Co 81215

PG 3 (a)

D.   STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Refusal to treat life threatening medical issue

Claim one is asserted against these Defendant(s):
Individually and collectively conspired/agreed/effectuated the dismissal of inmate Langley's pleas for medical attention for 6 months to now

Supporting facts:

- on/about 3/26/24 - inmate Langley kited medical for relief from respiratory distress which began on 3/24/24
- At DRDC Langley was misdiagnosed as suicidal, taken to a cell, stripped naked and locked into an observation cell
- Issue persisted through to 7/30/24 after kiting medical 9 times from DRDC → cell house 5 → Arrowhead → FMCC, where finally a steroid protocol (prednazone) began. Which in turn, only inflamed symptoms for 75 days.
- Symptoms worsened as various misdiagnosis' and incorrect p medications were prescribed
- Inmate continues to suffering for 4+ months which has developed into a debilitating "tick" has progressively aggravated as a result of placating drugs prescribed
These reactions/side effects have now reached the point of Langley feeling death is imminant. The following is a chronological synopsis of issues, kites, facility logs, along with statements, answers and denials, of defendants

CHRONOLOGICAL LOG

4

- 8/2/24 - steroid prescribed at FMCC (prednazone)
- 8/16/24 - Extended prescription of prednazone for 30 more days with no symptomatic remission

- 8/26/24  Appt with Tarah Thevenot yielded an answer of "I'm stumped. I have no idea what to do". Symptoms persisted

- 9/23/24 - Declared 4 medical emergencies over 4 week span 8/26 – 9/23. Obvious respiratory distress. Emergency care DENIED staff. Reasoning was "our hands are tied". Captain Russell stated "I was told to stand down and leave it alone."

- 10/15/24 - Inmate Langley had family members contact Major Cordova & Major Garcia Tara Thevenot, Kala "LNU", Andre Wilson who communicated to those family members that Eric Langley is "just crying wolf."

- 10/26/24 - Territorial medical center diagnosed Mr. Langley's issues as allergic reaction to prednazone from overdose. Territorial medical staff contacted Tarah Thevenot to treat Mr. Langley there but immediately DOC security staff were directed to return inmate Langley to FMCC. Mr. Langley was "thrown" into transport van abusively as he became unconscious. Upon arrival at FMCC, he was given prednanzone again.

- 11/7/24 - FMCC medical staff noted in computer that allergic reaction was symptomatic of steroid overdose.

- 11/25/24 - Lab results indicate 3 infections present. Prescribed anti-fungal & antibiotic meds

(PG 4)(a)    →

# CHRONOLOGICAL LOG (cont'd)

- 11/28/24 - Symptomatic reaction to antibiotic poisoning (HR @ 105 5 135 BPM/resting) NOTED AND RELAYED to major Garcia, T. Thevenot and Mr. Langley's family as well as DOC headquarters in Colorado Springs, CO **

- 12/11/24 - T. Thevenot instructed DOC security staff to threaten inmate Langley with a write up + CSP if he was caught asking questions at facility FMCC medication dispensary.

- 12/17/24 - Medical staff admittedly refuse to address respiratory distress. DOC security staff to threaten physical violence on Mr. Langley for declaring medical emergency.

- 1/3/25 - Inmate Langley declares 9th medical emergency as he has two cloth towels soaked with blood he coughed up that morning. Medical staff stated "not enough blood to worry about"

- 1/6/25 - CM (case manager) 3 Reid was attempting to assist inmate Langley when Captain Russell and Lt. Crouch interrupted and yelled for Langley to leave Admin immediately. They stated "You're only getting medical attention if you pass out or die, so leave."

- 1/7/25 - Case manager Seymour informed Mr. Langley that FMCC medical staff will no longer treat him.

- 1/13/25 - Captain Russell stated to inmate on yard "I am ordered by my superiors to not get involved"

- 1/17/25 - T. Thevenot was informed to stop ALL antibiotics immediately as it was probably going to kill inmate.

- 2/7/25 - Langley taken on day trip for non-dyed catscan as appointment treatment
  PG 4 (b)

E.  **PREVIOUS LAWSUITS**

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes _X_ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): _____

Docket number and court: _____

Claims raised: _____

Disposition: (is the case still pending? has it been dismissed?; was relief granted?) _____

Reasons for dismissal, if dismissed: _____

Result on appeal, if appealed: _____

F.  **ADMINISTRATIVE REMEDIES**

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

_X_ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

_X_ Yes ___ No (*check one*)

5

### G. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

IMEIDIATE TREATMENT/Therapy to CURE condition, ORDER MONETARY Judgments: $250,000 FOR MEDICAl MAlPRACTIC and $250,000 FOR Pain and Suffering and $250,000 INJURIOUS TREATMENT, $250,000 FOR CRUEL and UNUSUAl PUNISHMENT and $250,000 for CRUEL TREATMENT of PRISONER and $250,000 for Proffesional misconduct, and $250,000 for IGNORANCE and placation against Humanity. TOTAl OF $1.75 million PER DEFENDANt AND Restraining ORDER DISAllowing ADVERSE ACTIONS taken AGAINST Plaintiff by DEFENDANTS, MONETARY Total of $17.5 million upon Judgement.

### H. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

2-11-2025
(Date)

(Revised November 2022)

**Colorado Department of Corrections**

Name: Eric Langley
Register Number: 101015
Unit: 6
Box Number: 300
City, State, Zip: Canon City, Co. 81215

LEGAL MAIL

STAFF LAST NAME: Langley
ID#: 51010
DOC# OFFENDER LAST NAME: Langley
DATE REC'D: 2/13/25

Office of the Clerk
Alfred Arraj
United States Dist. Court
901-19th Street, Room A105
Denver, Co 80294-3589

neopost
02/13/2025
US POSTAGE $01.29⁰
ZIP 81212
041L11241745