THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-CV-517-RTG — Amended Response

Eric Langley

Plaintiff,

v.

Defendant,

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 27 2025

JEFFREY P. COLWELL
CLERK

Gov. Jared Polis, Moses Stancil, F.M.C.C. Warden Persons, F.M.C.C. Major Garcia, F.M.C.C. Major Cordova, F.M.C.C. Captain Russle, F.M.C.C. Sergeant Stoltz, F.M.C.C R.N. Andre Wilson, F.M.C.C. R.N. Kayla Lnu, F.M.C.C. P.A. Tarah Thevenot, H.S.A. Marler, L.T. Crouch F.M.C.C.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. _____25-CV-517-RTG_____

(To be supplied by the court)

_Eric Langley CDOC#101015_ , Plaintiff

v.

_See attached_ ,

_____ ,

_____ ,

_____ , Defendant(s).

**Jury Trial requested:**
**(please check one)**
_X_ **Yes** ____ **No**

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## PRISONER COMPLAINT

---

| NOTICE |
| --- |
| Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.<br><br>**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.** |

## A.   PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be
served by filing a notice of change of address.  Failure to keep a current address on file with the
court may result in dismissal of your case.*

Eric Langley CDOC# 101015 F.M.C.C. P.O. Box 300 Canon City CO
(Name, prisoner identification number, and complete mailing address)

(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

\_\_\_\_   Pretrial detainee
\_\_\_\_   Civilly committed detainee
\_\_\_   Immigration detainee
  X   Convicted and sentenced state prisoner
\_\_\_\_   Convicted and sentenced federal prisoner
\_\_\_\_   Other: (*Please explain*) _____

## B.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint.  If
more space is needed, use extra paper to provide the information requested.  The additional
pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1:   Jared Polis, Govener of Colorado
(Name, job title, and complete mailing address)

1485 Sherman St. Denver CO 80211

At the time the claim(s) in this complaint arose, was this defendant acting under
color of state or federal law?   X  Yes  \_\_\_  No (*check one*).  Briefly explain:

Head of State : Over sees all regulated
Staff entities for propriety & Effeciancy

Defendant 1 is being sued in his/her  ✓  individual and/or  ✓  official capacity.

2

Defendant 2: F.M.C.C. Warden Persons

(Name, job title, and complete mailing address)

Box 300 Canon City CO 81215

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? X Yes ___ No (*check one*). Briefly explain:

Warden oversees inmates and all personel; Head of prison, in charge of staff

Defendant 2 is being sued in his/her ✓ individual and/or ✓ official capacity.

Defendant 3: Medical, H.S.A. - Marlar

(Name, job title, and complete mailing address)

Box 300 Canon City CO 81215

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? X Yes ___ No (*check one*). Briefly explain:

As a CDOC Employed/contracted Med Provider, Responsible for medical needs

Defendant 3 is being sued in his/her ✓ individual and/or ✓ official capacity.

**C.    JURISDICTION**

*Indicate the federal legal basis for your claim(s): (check all that apply)*

X    State/Local Official (42 U.S.C. § 1983)

X    Federal Official

As to the federal official, are you seeking:

___ Money damages pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)

X Declaratory/Injunctive relief pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1361, or 28 U.S.C. § 2201

____    Other: (*please identify*) _____

3

I. Jurisdiction and Venue

1. This is a civil action authorized by 42 U.S.C Section 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. The court has jurisdiction under 28 U.S.C. Section 1331 and 1343 (a)(3). Plaintiff seek declaratory relief pursuant to 28 U.S.C Section 2201 and 2202. Plaintiff's claims for injuctive relief are authorized by 28 U.S.C. Section 2283 and 2284 and Rule 65 of the Federal Rules of Civil Procedure.

2. The District of Colorado is an appropriate venue under 28 U.S.C Section 1391(b)(2) because it is where the events giving rise to this claim occurred.

II. Plaintiffs

3. Plaintiff, Eric Langley, is and was at all times mentioned herein a prisoner of the State of Colorado in the custody of the Colorado Department of Corrections. He is currently confined in F.M.C.C. in Canon City CO.

III Defendants

Defendant, Jared Polis, Govener of the State of Colorado. He is responsible for the appointment of each department head in the state.

Defendant, Moses Stancil, is the Director of Corrections of the State of Colorado. He is legally responsible for the overall operation of the Department and each institution under its jurisdiction, including F.M.C.C.

Defendant, Persons, is the Warden of FMCC. He is legally responsible for the operation of F.M.C.C. and for the welfare of the inmates and staff in that prison.

Defendant, Garcia, is a Major of F.M.C.C. is an empoyee of the Colorado Department of Corrections. He is legally responsible for all inmates and staff order his command.

Defendant, Cordova, is a Major of F.M.C.C. is an empoyee of the Colorado Department of Corrections. He is legally responsible for all inmates and staff under his command.

Defendant, Russell, is a Captain of F.M.C.C. is an employee of the Colorado Department of Corrections. He is a shift commander. He is legally responsible for the saftey of all inmates and staff under his command.

Defendant, Crouch, is Lieutenant of F.M.C.C. is an employee of the Department of Corrections. She is a shift commander.

Defendant, Shtoltz, is a Sergeant of F.M.C.C. is an empoyee of the Colorado Department of Corrections.

Defendant, Andre Wilson, is a Registered Nurse working at F.M.C.C.

Defendant, Kayla Lnu, is a Registed Nurse working at F.M.C.C.

Defendant, Tarah Thevenot, is a Physian's Assistant working at F.M.C.C.

Defendant, Marler, is an H.S.A. working for the Colorado Department of Corrections.

Defendant(s), John Doe, are employees of Colorado Deepartment of Corrections yet to be identified.

## III. Facts

17. The State of Colorado, The Colorado Department of Corrections, C.D.O.C. officers, and contracted healthcare workers have allowed the Plaintiff to languish in deep suffering, while being persacuted and harassed. This is not an isolated incident, but rather an ongoing event. It is not a harmless misapplication of law, admin. regulation, or policy; it is by all definitions cruel and unusual punishment and deliberate indifference to medical needs. Listed is a cronological discription of events. See Attachment.

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim,
specify the right that allegedly has been violated and state all facts that support your claim,
including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s)
involved in each claim, and the specific facts that show how each person was involved in each
claim. You do not need to cite specific legal cases to support your claim(s). If additional space
is needed to describe any claim or to assert additional claims, use extra paper to continue that
claim or to assert the additional claim(s). Please indicate that additional paper is attached and
label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: <u>Refusal to treat life threatening medical issues</u>

    Claim one is asserted against these Defendant(s):

Individually and collectively conspired/agreed/effectuated
the dismissal of inmate Langley's pleas for medical attention for
6 months to now

    Supporting facts:

- on/about 3/26/24 - Inmate Langley kited medical for relief from
respiratory distress which began on 3/24/24

- At DRDC Langley was misdiagnosed as suicidal, taken to a
cell stripped naked and locked into an observation cell

- Issue persisted through to 7/30/24 after kiting medical 9 times
from DRDC → cell house 5 → Arrowhead → FMCC, where finally
a steroid protocol (prednazone) began. Which, in turn, only
inflamed symptoms for 75 days.

- Symptoms worsened as various misdiagnosis' and
incorrect @ medications were prescribed

- Inmate continues to suffering for 4+ months which has developed
into a debilitating "tick" has progressively aggravated as
a result of placating drugs prescribed
These reactions/side effects have now reached the
point of Langley feeling death is imminent. The following
is a chronological synopsis of issues, kites, facility logs,
along with statements, answers, denials, of defendants

<u>CHRONOLOGICAL   LOG</u>

4

- 8/2/24 - Steroid prescribed at FMCC (prednazone)

- 8/16/24 - Extended prescription of prednazone for 30
more days with no symptomatic remission

PRELIMINARY CHRONOLOGICAL LOG (CONT'D)

- 8/26/24  Appt with Talah Thevenot yielded an answer
  of "I'm stumped. I have no idea what to do".
  Symptoms persisted

- 9/23/24 - Declared 4 medical emergencies over 4 week span
  8/26 — 9/23. Obvious respiratory distress. Emergency
  Care DENIED staff. Reasoning was "our hands
  are tied". Captain Russell stated "I was told to
  stand down and leave it alone."

- 10/15/24 - Inmate Langley had family members contact
  ~~expediture to some~~ Major Cordova & Major Garcia
  Tara Thevenot, Kala "Lou", Andre Wilson who
  communicated to those family members that
  Eric Langley is "just crying wolf."

- 10/26/24 - Territorial medical center diagnosed Mr. Langley's
  issues as allergic reaction to prednazone
  from overdose. Territorial Medical staff contacted
  Tarah Thevenot to treat Mr. Langley there, but
  immediately DOC security staff were directed
  to return ~~staff~~ inmate Langley to FMCC. Mr.
  Langley was "thrown" into transport van
  abusively as he became unconscious. Upon
  arrival at FMCC, he was given prednanzone
  again.

- 11/7/24 - FMCC medical staff noted in computer
  that allergic reaction was symptomatic of
  steroid overdose.

- 11/25/24 - Lab results indicate 3 infections present. Prescribed
  antifungal & antibiotic meds

(over)  →

Attachment      CHRONOLOGICAL LOG (contd)

- 11/28/24 - Symptomatic reaction to antibiotic
  poisoning (HR @ 105 ↑ 135 BPM/resting)
  **NOTED AND RELATED to major Garcia,
  T. Thevenot and Mr. Langley's family as
  well as DOE headquarters in Colorado Springs, CO **

- 12/11/24 - T. Thevenot instructed DOC security staff
  to threaten inmate Langley with a write up + CSP
  if he was caught asking questions at facility
  FMCC medication dispensary.

- 12/17/24 - Medical staff admittedly refuse to address
  respiratory distress. using DOC security staff
  to threaten physical violence on Mr. Langley
  for declaring medical emergency.

- 1/3/25 - Inmate Langley declares 9th medical
  emergency as he has two cloth towels
  soaked with blood he coughed up that
  morning. Medical staff stated "not enough
  blood to worry about"

- 1/6/25  CM (case manager) 3 Reid was attempting to
  assist inmate Langley when Captain Russell
  and Lt. Crouch interrupted and yelled for
  Langley to leave Admin immediately. They
  stated "you're only getting medical attention if
  you pass out or die, so leave."

- 1/7/25- Case manager Seymour informed Mr. Langley that
  FMCC medical staff will no longer treat him.

- 1/13/25- Captain Russell stated to inmate on yard
  "I am ordered by my superiors to not get
  involved"

- 1/17/25- T. Thevenot was informed to stop ALL antibiotic
  immediately as it was probably going to kill inmate

- 2/7/25- Langley takes on day trip for non-dyed catscan as
  appointment treatment

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action.  For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim.  You do not need to cite specific legal cases to support your claim(s).  If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s).  Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: ___See attachment_____

Claim one is asserted against these Defendant(s):

Supporting facts:

4

## IV. Legal Claim

18. The deliberate indifference to medical needs violated Plaintiff Eric Langley's rights and constituded cruel and unusual punishment under the 8th Amendment to the United states Constitution.

19. The plaintiff has no plain, adequate, or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably and irrevocably harmed by the conduct of the conduct of the defendants unless this court grants the declaratory and injunctive relief which plaintiff seeks.

## V Prayer for Relief

Wherefore, plaintiff respectfully prays for this court enter judgement granting:

20. A declaration that the acts and ommissions described herein violated Plaintiff's rights under the constitution and laws of the United States.

21. A preliminary and permanent injuction ordering Wardon Persons to have the Plaintiff Mr. Langley transported to an area hospital for treatment.

22. A preliminary and permant injunction ordering all defendants to cease and dissist any retaliation or further harassment of the plaintiff.

23. Compensatory damages in the amount of at least $75,000 dollars each defendant, jointly and severally.

24. Punitive damages in the amount of $75,000 against each defendant.

25. A jury trial on all issues triable by jury.

26. Plaintiff's costs related to the suit.

27. Any additional this court deems just, proper, and equitable.

E.    **PREVIOUS LAWSUITS**

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes _X_ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):    _____

Docket number and court:    _____

Claims raised:    _____

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?)    _____

Reasons for dismissal, if dismissed:    _____

Result on appeal, if appealed:    _____

F.    **ADMINISTRATIVE REMEDIES**

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

_X_ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

_X_ Yes ___ No (*check one*)

5

## G.     REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do.  If additional space is needed to identify the relief you are requesting, use extra paper to request relief.  Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

See attachment

## H.     PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

(Plaintiff's signature)

3-21-25
(Date)

(Revised November 2022)

6



1.29
$01.29⁰⁰

neopost
03/24/2025
US POSTAGE

ZIP 81212
041L11241745

US District Court
Colorado
901 19th St Room A105
Denver CO 80294-3589

Colorado Department of Corrections

Eric Langley
nber 101015
-7L-Ø5
ber 300
e, Zip Canon City CO 81115

FACILITY
STAFF LAST NAME
DOC# OFFENDER LAST NAME

DATE REC'D
ID# INT
INT